UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                            Case No. 19-CR-20630

JEFFERY PIETRZYK,                     Hon. Bernard A. Friedman

                Defendant.

---

## NOTICE OF MOTION

**Moving Party**:        Defendant Jeffery Pietrzyk

**Date and Time**:     TBD

**Place**:                 Hon. Bernard A. Friedman
                        Theodore Levin U.S. Courthouse
                        231 W. Lafayette Blvd., Room 120
                        Detroit, MI 48226

**Supporting Papers**:  Declaration of Robert C. Singer, Esq., executed March 29, 2021 and Exhibit A.

**Relief Requested**:    An Order granting Defendant's Fifth Motion to Adjourn Sentencing, to reset the defendant's Sentencing Hearing for July 14, 2021 at 11:00 a.m., and to reset the Sentencing Submission Schedule.

Dated:  March 29, 2021
          Williamsville, New York

                                      **SINGER LEGAL PLLC**
                                      *Counsel for Defendant Jeffery Pietrzyk*

                                      By:    s/ Robert C. Singer, Esq.
                                              Robert C. Singer, Esq.
                                      80 East Spring Street
                                      Williamsville, New York 14221
                                      (716) 222-3288
                                      rob@singerlegalpllc.com

## CERTIFICATE OF SERVICE

   I hereby certify that on March 29, 2021, I electronically filed the foregoing document and accompanying exhibits and declarations with the United States District Court for the Eastern District of Michigan by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**United States Attorney's Office**
 **for the Eastern District of Michigan**
*Counsel for Plaintiff United States of America*
  Frances Carlson, Esq.
  Eaton Brown, Esq.
  Adriana Dydell, Esq.
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9696

Dated: March 29, 2021
   Williamsville, New York

        **SINGER LEGAL PLLC**
        *Counsel for Defendant Jeffery Pietrzyk*

        By: s/ Robert C. Singer, Esq.
          Robert C. Singer, Esq.
        80 East Spring Street
        Williamsville, New York 14221
        (716) 222-3288
        rob@singerlegalpllc.com