UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**JEFFERY PIETRYZK**

    Defendant.

_____/

Criminal No. 19-20630-BAF

HON. BERNARD A. FRIEDMAN

## DEFENDANT'S INTENTIONS REGARDING THE SENTENCING HEARING

I, <u>JEFFERY PIETRYZK</u>, am aware that under Fed. R. Crim. P. 32 I have the right to be physically present for my sentencing hearing and for the hearing to be held in-person in this Court's courtroom. I am also aware that my sentencing hearing may be held remotely by computer (with the judge and other court personnel, my attorney, the prosecutor, and myself participating by Zoom) only with my consent. After consulting with my attorney, it is my desire to proceed with my sentencing

    <u>X</u> In person, in the courtroom

    ___ Remotely, via Zoom

_____
Defendant Jeffery Pietrzyk
Date:

_____
Defendant's Attorney - Robert C. Singer, Esq.
Date:

**Exhibit A**