UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       Hon. Bernard A. Friedman

    Plaintiff,       Case No. 19-cr-20630

vs.

JEFFERY PIETRZYK,

    Defendant.
_____/

## MOTION TO DISMISS INFORMATION

The United States of America, by and through undersigned counsel, move for leave of the court to dismiss the Information against defendant Jeffery Pietrzyk.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Information against defendant Jeffery Pietrzyk because defendant died on April 23, 2021.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Frances Lee Carlson*

Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Frances.carlson@usdoj.gov

Dated: June 3, 2021