UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,	Hon. Bernard A. Friedman

    Plaintiff,	Case No. 19-cr-20630

vs.

JEFFERY PIETRZYK,

    Defendant.
_____/

# ORDER GRANTING MOTION TO DISMISS INFORMATION
## [ECF NO. 22]

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court grants leave to the Acting United States Attorney for the Eastern District of Michigan to dismiss the Information against the defendant, Jeffery Pietrzyk, in the above-entitled case because the defendant died on April 23, 2021.

Accordingly, it is ORDERED that the Information is DISMISSED.

                                                      s/Bernard A. Friedman
Dated: June 3, 2021	    Bernard A. Friedman
    Detroit, Michigan	    Senior United States District Judge